```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA          :    INFORMATION

          -v.-                    :    21 Cr. 264 ( )

CHAIM DEUTSCH,                    :

          Defendant.              :

- - - - - - - - - - - - - - - -  x
```

**COUNT ONE**

The United States Attorney charges:

In or about March 2016, CHAIM DEUTSCH, the defendant, did willfully deliver and disclose to the Internal Revenue Service, United States Treasury Department, a list, return, account, statement, and other document, known by him to be fraudulent and to be false as to material matters, to wit, DEUTSCH filed a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2015 in which DEUTSCH knowingly included false and fraudulent information concerning his income and business expenses in connection with Chasa Management, Inc., a sole proprietorship real estate management company.

(Title 26, United States Code, Section 7207.)

_____
AUDREY STRAUSS
UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**CHAIM DEUTSCH,**

Defendant.

**<u>INFORMATION</u>**

21 Cr.

(26 U.S.C. § 7207)

AUDREY STRAUSS
<u>United States Attorney</u>