UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

                               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

21cr264

Defendant __Chaim Deutsch__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

__/s/ Chaim Deutsch__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Chaim Deutsch__
Print Defendant's Name

__/s/__
Defendant's Counsel's Signature

__Evan Lipton__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 22, 2021
Date

__/s/ James L. Cott__
JAMES L. COTT
United States Magistrate Judge