USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

CHAIM DEUTSCH,

              Defendant.
-----------------------------------------------------------------X

**ORDER**

21-CR-264 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **July 29, 2021**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, *i.e.*, by **July 22, 2021**.

**SO ORDERED.**

Dated: New York, New York
       April 22, 2021

_____
JAMES L. COTT
United States Magistrate Judge

1