# Exhibit 1

# Letter of Chaim Deutsch

July 21, 2021

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Cott:

Thank you for giving me this opportunity to address the Court.  I am humbled and penitent writing this letter, and am overwhelmingly saddened that, by my actions, I let down my friends, family, colleagues, and most importantly those who trusted me to serve them in City Council.  My life has changed drastically in the last few months, ever since I pleaded guilty.  I lost my job as New York City Council member, which had been an aspiration of mine for decades.  And I risked my ability to provide for my family who have done nothing to deserve such difficulties.  I alone am to blame for all of this.

I made some terrible decisions when I submitted my tax returns several years ago. I will regret this for the rest of my life.  I have always endeavored to be a role model, especially for young people.  I hope that by admitting my mistakes, repaying my debts to the government, and by continuing to contribute voluntarily to the community members I have come to know and respect, I can still be an example for others and try to mend the trust that I broke.  I take full responsibility for my actions and plan to make amends.

I was always raised to live by a strict moral code of honesty and integrity.  It hurts me deeply that I violated these same fundamental principles that I have tried to honor my whole life.  My parents were Holocaust survivors and I do not have to tell you what they went through back then as Jews in Europe.  My parents left a place they never fathomed they would survive.  They built a home and raised a family together in New York.  My parents had the courage to re-start their life in a new country, after experiencing the worst human treatment possible.  Even so, they lived by this strict moral code of living honestly and prioritizing others, by helping and showing kindness to all those who had less than they did.

I remember the difficulty of growing up in near poverty, and the burden it put on me as a child. Our apartment was roach-infested, and more than occasionally, we woke up to mice crawling on our beds. I recall being worried about whether we would have the money to eat at least one meal a day. I have worked all my life – from my early teenage years – to make sure that I would not have to worry about where the next meal would come from or whether I would have a roof over my head. I am proud that, as a father now, my five children never had to worry about these necessities. I know I am blessed because of it. I remember the times very well when I didn't have them.

I am also blessed to know that I could always count on others to help me when I was down. Even here, in this case, people came forward to write letters on my behalf. I am touched and honored to be the recipient of their good wishes. It is because of the generosity I experienced from others, that I know very well the importance it makes in a person's life. When I was a young man working at a garment factory, many of my co-workers were probationers. I helped them with problems, such as getting government assistance, finding housing, and dealing with their probation officers. In fact, by the time I was a supervisor, I developed a relationship with a probation officer who would send me potential employees. When I started Shomrim at the age of 21, I started to develop a reputation as a person to reach out to for help and advice. I met more and more people; first in the neighborhood, then throughout the city. Working in constituent services for Councilmember Revered Lloyd Henry, and later Mike Nelson, felt like dream jobs to me. When I became a council member myself, I knew that I was in a position to help hundreds of people, and I could not have been happier. This job was never about me, it was about seeing that I could make a real difference in other people's lives.

Instead of making good on all of the trust that others put in me to serve them in City Council, I squandered it. Now, I struggle to figure out how to keep being an example for others when I have done wrong myself. My answer is to admit my failings and persevere. I will continue to work hard to regain my reputation and my financial security, and I will continue to find a way to serve my community outside of City Council.

Thankfully, in the last weeks, I have been able to find a new job as a property manager for a large apartment complex in Brooklyn. I am now able to continue to pay my family's bills. For that, I am again blessed. I was given a second chance by this new job. It is a start to rebuilding my life.

I have already gotten to know a lot of the residents in the buildings I now serve, and am happy that I have been able to take care of maintenance issues that had been ignored under the prior manager. It feels good to be in a position to help people again and I am grateful that I can still provide for my family.

Your Honor, I pray that your sentence allows me another opportunity to prove myself worthy of the trust I have lost through my actions in this case. I know that I have let many people down, but my greatest wish is to live up to the example that I have always tried to be for others, and the way that others have been for me, for which I will always be thankful. Most importantly, I repeat my sincere apologies to all those I have pained or disappointed by my actions.

Thank you, Your Honor.

Respectfully,

*Chaim Deutsch*

Chaim Deutsch