# Exhibit 3

## Letters from Community Members



THE **MARCAL** GROUP
Construction • Development • Management

July 20, 2021

Dear Judge Cott,

I am writing this letter to the court on behalf of Chaim Deutsch who is scheduled to be sentenced on July 29th, 2021.

I grew up in Borough Park, and now reside in Midwood and have been blessed with a beautiful family of 6 children and 7 grandchildren.  I have known Chaim for more than 35 years, having been friends with him as teenagers in Borough Park.  I do not know Chaim's family history well, but I recall that he was raised by parents that were holocaust survivors and lived in poverty.

I have always known Chaim to be a loyal friend, honest, caring, and driven to succeed, always helping his parents, siblings, and friends. Therefore, it was no surprise to me and his friends when he started the Shomrim community patrol. I volunteered for several years patrolling our community and had a firsthand opportunity to see Chaim's dedication and concern for his community.

It was no surprise that Chaim's career ended up with him becoming a NYC council member.  While others may choose a path in politics for self-gratifying objectives, and for the perks and other benefits associated with being an elected official, i can testify that in all the years that Chaim has been a NYC Councilman his only objective and mission was to help his constituents whenever called upon. Over the years there was never a time that he refused to help, whether it was with struggling teens at risk, or Jewish outreach, he was never too busy, or important to refuse a request from his community.

While I am not familiar with the circumstances in his case, I can say that I was shocked to learn that Chaim did something wrong. This is certainly out of character for him and is absolutely not consistent with the person I have known for more than 35 years, who has lived an exemplary life with integrity and honesty.  Chaim has set an example with his dedication and hard work to keep our community safe.

I am asking your honor to consider Chaim's many years of service on behalf of his community and to view his crime as a momentary lack of judgement and to show him the maximum leniency as allowed by law.

Thanking you in advance for your consideration.

Sincerely,

Mark Caller

2361 Nostrand Ave, Ste 901 Brooklyn, NY 11210 ◆ Tel: 718.210.0036 ◆ Fax: 718.464.2674 ◆ info@themarcalgroup.com ◆ www.themarcalgroup.com

Rabbi Pinchas Chatzinoff

Cedarhurst, New York 11516
(516) 661-0675 * rabbi@tzminyan.org

June 29, 2021

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:  Chaim Deutsch

Honorable Sir:

  I write in support of Chaim Deutsch, who will soon appear for sentencing before Your Honor.  I did not live in Councilman Deutsch's council district, so this letter is my one opportunity to cast a vote for a distinguished, compassionate, and devoted public servant.

  By way of my background, I am familiar with the process in which Your Honor is now engaged, as I was an intern to Magistrate David F. Jordan (EDNY) during law school and drafted numerous sentencing recommendations.  After law school, I spent four years as an Assistant District Attorney in Kings County, and now over 30 years in private practice.  I am also an ordained and practicing congregational Rabbi on Long Island, where I live.

  I have known Chaim for some ten years, first becoming aware of his selfless undertaking in forming the Shomrim volunteer security force in Flatbush.  I was drawn to his inspired leadership during the ravages of Superstorm Sandy, when Chaim led numerous efforts to render emergency services to the most challenged people of Brooklyn, with the grateful blessing of the NYPD.

  My personal contacts with Chaim began when he ran for office, as my daughter was a volunteer on his campaign.  From the very beginning, Chaim distinguished himself with his vision of a government that truly served the public.  He garnered support from across New York's diverse communities, and united his district by always teaching supporters, voters, opponents, and strangers that as citizens, we mostly share common ground and universal values.

  During his time in office, Chaim consulted with me from time to time about ethical dilemmas, moral direction, and how best to implement his vision of an elevated society.  Chaim was consumed by the need to do the right thing, to send the right messages, and to radiate integrity in government.  It did not matter that to do so was often not in his political best interests; he saw his terms in the City Council as a service to his fellow man, a higher calling.

  Chaim has always had particular concern for the most vulnerable members of the community.  When other council members vied for opportunities to serve on high-profile or powerful committees, Chaim was energized to focus his talents on special care for senior citizens

Hon. James L. Cott
Page 2

and veterans.  He saw these sectors of the community as too easily forgotten by the power brokers, while being most deserving of our grateful advocacy and dedication.

Chaim has long been a practical champion of those in need, more than a speechmaker or politician.  I recall one instance in which an elderly constituent lamented the plumbing situation in her building, and while Chaim assigned a staff member to arrange intervention by the appropriate City agency, it was Chaim who went to the woman's apartment that evening with his own toolbox to make the repairs himself.  His staff learned where he was and wanted to take photographs, to garner some positive press attention, but Chaim would not allow it.  He felt it was disrespectful to the elderly woman, and worse, would be an improper attempt to capitalize on his kindness.

Aside from advocating for seniors, veterans, the poor, and others who are disadvantaged, Chaim's other major objective in his public service was unifying the community.  Chaim reached out and cultivated strong relationships with members of all political parties, and citizens of all cultural, racial, and religious groups.  He remains well regarded by an impressive array of good people across the societal, political, and cultural spectrum.  Chaim is proud of how he used his time in the Council to create meaningful and productive alliances, friendships, and collaborations across New York's diverse populace.  In particular, he was driven to create a deeper respect and understanding for the NYPD in communities of color, and vice versa, using the high regard both groups have for him to drive home the message of mutual respect.

When the troubles surfaced that have led Chaim to this Court, Chaim was crestfallen and humiliated, but never resentful or critical.  He has made no excuses, and is filled with regret and remorse for an ethical lapse that seems clearly an outlier in a life otherwise characterized by integrity, compassion, and service for others.

I ask that Your Honor consider the totality of this good man, and embrace the justice of compassion when handing down the sentence.

Respectfully,

Rabbi Pinchas Chatzinoff

## *Law Offices Of*
# *Goldberg & Cohn, LLP*

*Richard S. Goldberg*

*Steven D. Cohn*

*Howard Golden*

*Elliott S. Martin*

*Walter J. Roesch IV*

*Of Counsel*

*Suite 2304*
*16 Court Street*
*Brooklyn, NY 11241-1023*
*(718) 875-2400*
*Fax: (718) 858-2101*
*E-mail: office@goldbergandcohn.com*
*www.goldbergandcohn.com*

STEVEN D. COHN
A Member of the Firm
s.cohn@goldbergandcohn.com
t:  718/875/2400 / f:  718/858/\2101

July 12, 2021

Hon. James L. Cott, Magistrate Judge
UNITED STATES COURTHOUSE
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:                              Letter of Support for Chaim Deutsch

Dear Judge Cott:

I write this letter in support of Chaim Deutsch, who is due to be sentenced by the Court later this month.

I have known Chaim Deutsch for over ten (10) years.  He has been an outstanding community leader, caring and concerned about his constituents, while serving as a member of the New York City Council.  Chaim is a neighbor who is always willing and ready to serve others as needed.

As a Past-President of the Brooklyn Bar Association, i have worked with Chaim on a myriad of issues and concerns.  He has always been front and center , and available to lend a helping hand.  When there was a tragic fire back in June, 2019, in his district, many members of a family were lost, Chaim provided much needed services to the family, and made sure services were properly delivered, through various city agencies and religious community.  It was a tremendous mitzvah ("a good deed"), at a most tragic time.

Chaim is a kind, loyal and spiritual individual, what we call a "true mentsch", a human being who cares.  I know he has made a grievous error, and I believe him to be genuinely remorseful for.  Thus, I beg for the Court to show mercy and understanding towards Chaim Deutsch. Thank you for your e consideration.

Sincerely,

STEVEN D. COHN

4



**CITY HALL OFFICE**
250 BROADWAY, SUITE 1833
NEW YORK, NY 10007
(212) 788-7081

**DISTRICT OFFICE**
55 HANSON PLACE, SUITE 778
BROOKLYN, NY 11217
(718) 260-9191
**FAX:** (718) 398-2808

lcumbo@council nyc gov

THE COUNCIL
OF
THE CITY OF NEW YORK

**LAURIE A. CUMBO**
MAJORITY LEADER
35ᵗʰ DISTRICT, BROOKLYN

**COMMITTEES**

CULTURAL AFFAIRS, LIBRARIES,
& INTERNATIONAL INTERGROUP RELATIONS

FINANCE

HIGHER EDUCATION

PUBLIC HOUSING

WOMEN AND GENDER EQUITY

July 15, 2021

Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cott,

I am offering this letter of support without reservation on behalf of my colleague and friend Chaim Deutsch. I have had the honor of knowing and serving with Chaim for over seven years. I remember when I first got elected to the New York City Council and was new to the Jewish community, I wrote an Op-Ed where I attempted to offer a greater understanding of the complexities of African American/Caribbean/Jewish relationships that was completely misunderstood and many leaders branded me an anti-Semite and denounced me and called for my resignation. Chaim didn't join the chorus of those that denounced me but rather took the time to help me through a difficult situation and educated me on the historical context of the Jewish plight in America. It was through this act of kindness that our friendship began and I became a better leader.

During his tenure as Council Member of the 48th District, Chaim's office became very well known for delivering exemplary constituent services. Chaim prides himself in being able to assist members of his community within a twenty-four time frame. Chaim understands government and how to connect his community to government resources to get results. Many members of the Council including myself often went to Chaim for help or assistance with navigating governmental agencies.

Chaim is there for his community in a very deep and personal way. I remember in 2015 after a tragic Midwood fire that claimed the lives of seven children that left the entire Orthodox Jewish community devastated, Chaim was there for the family to help them through this tragedy and he went on a fire prevention campaign for his entire two terms in office including a communitywide educational program, the distribution of free smoke detectors and carbon monoxide detectors. He

then joined with other elected officials across the City to pass bills to mandate fire prevention measures including installing child safety devices on stoves and posting signs to remind tenants to close doors behind them when fleeing a blaze.

Chaim is a great unifier and during a surge of hate crimes against the Jewish and Muslim communities in New York City, Chaim broke away with the tradition of bringing community leaders together and he decided instead to bring the youth together to be the spokespersons for ending the epidemic of hate. It set a powerful precedent on how we can end the epidemic of hate in our communities. As Chair of Veteran Services, Chaim worked hard on behalf of New York City's veterans and fought to make sure that our veterans get the services and housing that they deserve. I remember when I had an issue during the COVID-19 pandemic of not being able to get the spouses of veterans qualified to get the vaccine and Chaim was right there by my side to help resolve the issue.

On a personal note, I and my four year old son, have sat at the table of Chaim with his family for the Shabbat dinner. He is an incredible husband, father, grandfather and member of his community. His presence is so much needed within his home, family and community at this time particularly during this pandemic. He is an incredible resource that our community can't afford to be without during this time. I welcome the opportunity to speak with you in greater detail and I can be reached at ███████████ and I thank you for taking the time to receive and review this letter.

Sincerely,

LAURIE A. CUMBO
MAJORITY LEADER
NEW YORK CITY COUNCIL

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

July 7, 2021

Re: Chaim Deutsch

Dear Judge Cott,

I am writing this letter because I want to share my positive experiences I have had with Chaim Deutsch. Everyone who is around him, knows of him, and speaks so highly of him. I am skeptical of this until I personally see the person in action. Ever since I met him, Chaim Deutsch has been always on the go trying to do good in the community. I was very impressed by all the things he tries to partake in to create a positive change. He pays attention to such detail and notices a frown in a crowd full of smiles. His generosity and hard work trying to help all kinds of people and be the voice to people who do not think they have one is amazing to see. Chaim Deutsch is a part of so many organizations that he is silent about is humbling to see. He helps veterans and holocaust survivors. Mr. Deutsch helps keep the streets safe during an increase of hate crimes that have been occurring lately. Chaim makes it a priority to give attention to more than one cause and has been thus far doing a wonderful job.

He has helped my wife and my friends on various occasions. He took the time out of his busy schedule to be a witness at our wedding. He sent our family a kind gift when my wife gave birth to our child. He helped my friend's wife get all her paperwork on track to open her small business. Mr. Deutsch helped promote small businesses that suffered due to covid, and some due to hate crimes. Chaim never shies away from doing the right thing. He is one of the most proactive politicians out there. I wish to see many more politicians like him. His character is better than most and I believe he should be given a fair chance to keep shining and helping others as he has been for decades.

If you may need anything else at all, please do not hesitate to reach out to me at ████████████ or at ████████████████████.

All the best,

Yuri Dechkanov

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge,

I write to you with deep humility in the hope that you will grant the most merciful sentence upon Chaim Deutsch. I've had the pleasure of knowing Chaim for twenty-five years and have been close to his family since I was in school. To me, Chaim represents the best elements of public service and I say this with the strongest of convictions. In my professional career, I have represented a school for children with autism and a volunteer ambulance corps; it is in these capacities in which I have interacted with Chaim.

As a member of the New York City Council, Chaim is someone I have relied upon in times of need. He has demonstrated great compassion and generosity for those unable to speak for themselves. I recall the time when Chaim reach out to me personally trying place a child in the special needs school I represent. I remember the conversation vividly; Chaim called me on a summer, Sunday afternoon in the lead up to the new school year asking me to kindly find a place in this school. It was a complicated case involving a child in a single mother household outside of his district and whose family had no connections to the world of governmental politics. I naturally said I would help Chaim find a place for the child. Chaim continuously followed up with me on this matter and demonstrated great commitment and diligence. In this episode, I witnessed a side of Chaim which greatly impressed me. Rather than limiting himself to his already commendable efforts in assisting his constituents, Chaim went the extra mile to advocate for those he feared may fall between the cracks.

During the entirety of the time that I've known Chaim, he has never asked me for anything in return or for acknowledgment for his efforts. Chaim possesses a refreshing humility and benevolence rarely seen in today's elected officials. When I repeatedly invited him to my annual legislator breakfast to honor him for his support for the autism community, he respectfully declined because of his selflessness and disinclination to seek praise for his actions.

Honorable Judge, I know I should abstain from commenting on the charges, but I must request that you refrain from viewing Chaim through a tainted lens as he is an individual who tirelessly gives back to society; as jaded as that phrase may be, it truly epitomizes Chaim. I hope that you

will find the compassion I believe Chaim deserves as he is someone who truly belongs in public service; he lives and breathes it. The Chaim who exhibited lapses in judgment is the exception rather than the norm.

I firmly believe that Chaim Deutsch has led and will continue to lead an exemplary life without any blemishes whatsoever. I ask respectfully for the court to take what I have written into consideration and impose upon Chaim the lightest possible sentence. I believe Chaim is a public servant at heart and has public service running through his veins. He should continue to serve the public and I hope, God Almighty, one day he will have that opportunity again, thank you.

Respectfully Yours,

Ezra Friedlander
(212) 233-5555 x 101

**Leon Goldenberg**



**Brooklyn, NY 11230**

July 13, 2021

Honorable Judge James L. Cott
United States District Court
For the Southern District of New York
United States Courthouse
500 Pear Street
New York, NY 10007

Re: Chaim Deutsch Sentencing

Dear Honorable Judge Cott:

I am sending this letter as a personal friend of Chaim Deutch as well as someone who is politically active in the Flatbush community.

I have known Chaim Deutsch for about 30 years not only as a Councilman but also as a personal friend for many years before he became a councilman.

As a Councilman, Chaim has always been available to help the community.

Chaim has always been involved with the community from when he first started the Flatbush Shomrim. He was always for the community and never for himself. With Shomrim alone and especially with all the anti-Semitic attacks happening the last couple of years in the Orthodox community, the fact that we have an organization whose members are driving around the community all day and night make us feel more secure.

Over the years, I have called him to help individuals, to help organizations, and he has always come through. For example, the sewer system on my corner in Flatbush needed replacement. Every time there was a heavy flood of rain, I got calls from 30-50 irate homeowners within a few blocks of my home that their basements were flooded. I had spoken to the prior Councilman numerous times and was given a "yes, yes" and was told that all of the homeowners should have a check valve installed in their homes. The cost for this is $4000-$5000 per home. Not everyone is able to afford that $4000-$5000 investment. I did install one in my home and it helped until we got a torrential rain and then it couldn't

10

Leon Goldenberg
Re: Chaim Deutsch
Page Two

hold back the water because the problem was with the City sewer. Enter Chaim Deutsch. In no time we had the main sewers cleaned out and repaired, as necessary and no more flooding.

I do not live in Chaim Deutsch's district but the day before every holiday, or on a Friday, but especially around the holidays when the women are busy cooking and preparing for the holidays and the kids are home, the lights would go out. Fridges full of food went out, stoves with electric igniters could not be turned on and people came into a holiday without electric. I spoke to my Councilman and Assembly person and they couldn't get it resolved. Then I called Chaim Deutsch, who is the next door Councilman, and he reached out to Con Ed and found out that the problem was that Con Ed did not have enough power in our area during those times and they couldn't understand why. It turned out that Con Ed checked the power on one of the hottest days in the summer assuming that that would be the highest usage demand and based their demand on that day. They could not understand why, on our holidays, we were blowing out the electricity. The reason turned was that Con Ed was checking for the highest usage in the summer when people in this community are away in the country every weekend. So electric usage is actually on the low side as people are keeping their houses at 74-76 degrees. But on our holidays when we are cooking up a storm for our family and guests, that usage reaches its highest.

Chaim Deutsch made Con Ed cognizant of Orthodox holidays and rituals and Con Ed put in the correct amount of demand to cover our holidays and not for those sweltering summer days.

This is Chaim Deutsch. Not only does he listen to the problems, he goes that extra mile to check it out to see how it can be resolved in the best way possible.

I truly feel that Chaim Deutsch deserves the mercy of the court as these are just two examples of the dozens of different issues where he helped the community.

Thank you for your consideration.

Sincerely,

Leon Goldenberg

11

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Cott,

In the five years I have known Chaim Deutsch, he has improved my quality of life immeasurably. At the time we first spoke, I had just undergone a double hip replacement and was struggling to return to life as it was. I tried obtaining a handicap parking pass and could not get through the bureaucratic process. Chaim expedited the application and in short order I was able to resume the activities I loved, attending doctors' appointments, visiting family and friends, and going to synagogue. I could not have returned to my work as a Rabbi and disaster/healthcare chaplain without Chaim's assistance. Subsequent to that first time, Chaim expedited my applications three more times. The usual waiting time is two months and he got it done in five days.

Chaim has helped ensure the security of the Jewish, and particularly the Sephardic, community where I reside. He founded the Shomrim (a Jewish civilian neighborhood watch group) twenty years ago. I am a committee member of the Shaare Zion Congregation, a synagogue with over three thousand members. I chair the security department, and Chaim has helped influence the NYPD to send extra patrols to protect the Synagogue, especially on Sabbath and Jewish holidays. Chaim also acted as a liaison to the department of transportation, facilitating the installation of speed bumps on the street of our synagogue, thereby safeguarding the lives of the thousands of children and adults that come to worship daily.

I know Chaim, as he has helped me immensely both personally, and as a wonderful partner in the community work I do. I was shocked to hear of the charges against Chaim and I am absolutely certain he is remorseful and regrets his actions. They are totally out of character for him, and are a small blip on a stellar record of service and integrity.

All the best,

Rabbi Ezra Hanon

Disaster/Healthcare Chaplain



# Nachas Health & Family Network

Rabbi Moshe S. Horowitz
Executive Director
Tel: 718-436-7373

1310 48th Street
Suite 402
718-436-7373
nachashealth.org

July 6, 2021

Hon.James L.Cott

United States Courthouse

500 Pearl Street

New York, New York 10007

Dear Judge Cott:

Good afternoon,

I am writing on behalf of myself and the hundreds of holocaust survivors that Chaim Deutsch touched in the past.

If it was feeding the survivors during the pandemic or visiting schools to educate the children about the holocaust. Letting them know that when evil is not stopped a holocaust can occur this is a person who heard that hundreds of vets were not tested and helped me arrange it through his staff member who is a vet.

I was invited to his radio show and he allowed me to address the issues of that day.

Basically Chaim Deutsch is the first person I turn to when I have a problem and am looking for solutions. I am aware what he is being charged and I am positive that he has shown remorse and I hope the court will realize what an asset he is to seniors, survivors, vets and the general population

Sincerely

Rizy Horowitz

Senior manager of the senior programs

13

Hon. James L.Cott
United States Courthouse 500 Pearl Street
New York, New York 10007

Inna Ikhilov

Brooklyn, NY 11235

Your Honor,

Chaim Deutsch has been one of the most helpful and selfless city councilmen that our community has ever seen. He provided his cell number to everyone in our community and was accessible 24/7. He would always say that no issue was too small to reach out to him about. When my daughter was followed on her way back home from school by a suspicious man, Chaim Deutsch made himself accessible to ensure her safety and brought in more security. Chaim Deutsch and his office was very proactive when our electricity wires were incorrectly done and he resolved the issue immediately by getting Con Edison involved. When our garbage wasn't picked up he got it taken care of within hours. When the drag racers were taunting our community he stopped it. He stopped the party boats from vandalizing our community. When the bus passed my daughter without picking her up to go to school I contacted his office and they got in touch with the transit authority to make sure that the bus would stop for her. When a homeless shelter was being built across the street from a middle school he helped the community to protest it. He was truly a remarkable councilman and friend of our community.

Best regards,

Inna Ikhilov

14

בס"ד

**KNESSES BAIS AVIGDOR**

1720 AVENUE J • BROOKLYN, NEW YORK 11230



ק"ק כנסת בית אביגדור

PHONE: 718-258-1380 • FAX: 718-989-8731

רב אהרן כהן
מרא דאתרא

Honorable Judge James L. Cott
United States District Court for
the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** **Chaim Deutsch Sentencing**

Dear Honorable Judge Cott:

I am writing this letter of recommendation on behalf of former Councilman Chaim Deutsch. I respectfully request that the court show mercy in deciding on Mr. Deutsch's sentence.

As a rabbi of a large congregation in Flatbush, Brooklyn with hundreds of members, I can attest that Chaim has been in the forefront of promoting unity amongst various groups in a very diverse community.

It was Chaim Deutsch who organized and promoted meetings between Muslim imams and Jewish rabbis to build bridges between their constituencies. These meetings promoted understanding and increased appreciation for the others' religions. These many consultations, requiring much work and effort, brought Muslims and Jews together and helped make them understand that they have much in common. This surely was a blessing that will continue to bear fruit into the future for the entire community.

Chaim's devotion to his constituents in all spheres is commendable as well. When it came to help our synagogue with construction issues, Chaim was there, helping us deal with New York agencies. I have rarely met someone who was available day or night to help his community.

Please take these factors into consideration when sentencing Chaim Deutsch. Please provide him a suspended sentence if at all possible.

May you be well and succeed in all your endeavors.

Very truly and respectfully yours,

Rabbi Aharon Kahn, Moral D'art (Leader)
of Finesses Bail Aviator

15

July 6,2021

Hon. James L. Cott.
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

My name is Shari Kaplan. I am a resident of Manhattan Beach and a active member of Community Board 15 and former Vice President and current board member of the Manhattan Beach Community Group. I met Chaim Deutsch when he was 1st elected to City Council. From the very beginning he made himself very accessible to his constituents and attended most of our meetings. Needless to say I was shocked and disappointed to learn about his legal troubles.

During his tenure he and his office staff were always ready to address and resolve problems that would arise and our community and the rest of his district. Problems with Coned, Sanitation, and Department transportation etc. He advocated for the homeless and for people in need. He worked hard for Resiliency in areas effected by Super Storm Sandy. His phone line was always open and he was always ready to help.

I had taken a particular interest in modernizing a run down dog park in Manhattan Beach about 6 years ago and I approached Councilman Deutsch for assistance. Councilman Deutsch work hard and partnered with the Department of Parks to secure the funding, hired a design team and built one of the most beautiful dog parks in the city.

Shortly after the park was completed I got a phone call from the councilman , He said he and his wife and grandchildren were going to be in the area and he wanted to bring his dog over to the park and he wanted to know if I was going to be there.  Over the next hour I had the opportunity to spend the time with him and his family. I got to know the councilman as a genuine, concerned family man.

I hope you will take into account all the positive selfless contributions Chaim Deutsch has made to our community as well as future contributions that he will undoubtedly make.

Respectfully,

Shari Kaplan

16

RUSSIAN AMERICAN JEWISH EXPERIENCE

Hon., James L. Cott

United States Court House

500 Pearl Street

New York, NY 10007

July 7, 2021

Dear Judge Cott,

I have known Mr. Chaim Deutsch for the past 7 years. When he became a Council Member of the 48th District, I was already leading an organization for young Russian immigrants, RAJE (Russian American Jewish Experience) and  I invited Mr. Deutsch to address these young people, mainly college students.

Mr. Deutsch was enthusiastically received by our students as he shared about his life as a child of Holocaust survivors and how he volunteered on behalf of the community. He inspired them to establish several programs and projects that have now become an integral part of our Leadership Programs. These young people took the initiative to help those more needy than themselves: visiting Holocaust survivors, volunteering in soup kitchens, participating in distribution of holiday packages and toy drives for needy children.

Mr. Deutsch has remained a constant presence at RAJE, developing personal connections with our students and graduates, attending their weddings and other important events. Many have become leaders in the community.

Many of our students are not Mr. Deutsch's constituents and this is a relationship without any motive. For years, almost weekly, he has visited our Friday night Sabbath gatherings to offer words of encouragement and inspiration.

A couple of months ago I was walking together with Mr. Deutsch after a RAJE event and he turned to me, with tears in his eyes, and shared with me how sorry he was about what he had done.

I would very much hope that you would consider the positive impact Mr. Deutsch has had on the lives of countless young people and that this could be helpful in your decision regarding his sentence.

Sincerely yours,

Rabbi Aryeh Katzin

CEO, Russian American Jewish Experience

17



KLEIN   LAW   GROUP   CRE,   PLLC
275   MADISON   AVENUE,   33RD   FLOOR,   NEW   YORK,   NY   10016
2026   OCEAN   AVE,   SUITE   1B,   BROOKLYN,   NY   11230
TEL 212-661-9400 FAX 212-661-6606 WWW.KLEINLAWGROUPNY.COM

EDWARD E. KLEIN

EFREM Z. FISCHER

*also admitted in NJ*

STEVEN A.
RUBINSHTEYN

*also admitted in CT*

*Of Counsel*

MARTIN H. GELBER

STACY F. SPERKA

July 8, 2021

Honorable Judge James L. Cott
United States District Court for
the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:     Chaim Deutsch Sentencing**

Dear Honorable Judge Cott:

I am sending this letter to you in my capacity as a local employer with my own eponymous law firm and separate real estate firm. I am also sending this letter to you in my capacity as Chairman of the Board of the Russian American Orthodox Jewish Congregation known as Kehillas Moreshes Yaakov ("KMY"). Finally, I am sending this to you as founder of Agra D'Pirka a group of 12 morning study centers for Jews around the country.

I have known Chaim Deutsch for approximately 28 years. I dealt with him when he was initially Chief of Staff for the former Councilman for Midwood, Michael Nelson. Chaim dutifully brought Councilman Nelson to every major function that KMY had in the middle and late 1990s. He was always there as a concerned liaison between the Councilman's office and the members of KMY, then a fledgling but important immigrant Group.

Chaim has always been dedicated to helping his constituents. Whether they be a real estate owner such as myself and helping with problems with various city agencies or whether it is a tenant that needs help vis-a-vis his own landlord, Chaim was always there.

I can state with certainty that Chaim always helped tenants in his district. My real estate group has been the subject of calls on more than several occasions from tenants with one gripe or another. Obviously, we sought to satisfy the tenants desires. But Chaim went to bat for the underprivileged at every opportunity.

J:\Firm\CORRESP\Hon.Cott.7.8.2021.docx

K L E I N   L A W   G R O U P   C R E ,   P L L C

Honorable James L. Cott
July 8, 2021
Page Two

I remember well the day after Hurricane Sandy hit on October 28, 2012. Hurricane Sandy caused almost $1,000,000 in damage to my two buildings at 3033 Coney Island Avenue and 3100 Brighton 7th Street Brooklyn, NY. Chaim was able to coordinate with the Department of Sanitation to send a half a dozen trucks to remove a true health hazard developing due to 10 to 15 tons of wet garbage in the basement of our building at 3100 Brighton 7th Street. I can show you some pictures of the devastation wrought by Hurricane Sandy on us. Chaim's help at this opportune time was a major boost at a time when we really needed it. The tenants and we, greatly appreciated Chaim's assistance with this devastation.

Chaim has always been solicitous and helpful with our myriad of charitable organizations. Even though our flagship location for Agra D'Pirka in Knesses Bais Avigdor at 1720 Avenue J was not in his district, he always helped us when issues came up. Whether it was parking issues; crime issues and daily problems that arose, Chaim was always there. The almost 100 members of our group at the Flatbush branch will forever be grateful for his help.

I know Chaim Deutsch very well. I have seen him in action in many different venues wearing many different hats. He has always acted with kindness, and fairness. He has been an exemplar of ethical behavior.

Please do not let this temporary aberrational behavior regarding these tax issues destroy his entire life. He has led an otherwise helpful and meritorious life of public service. I know Chaim regrets these defalcations very much. And I know that he will never do it again.

Please be so kind and generous as to provide Chaim Deutsch with community service to pay back his debt to society.

If the need arises to provide testimony on Chaim Deutsch's behalf, I would be please to do so.

Thank you for listening, your Honor.

Very Truly Yours,

Edward E. Klein

Cc: Josh Mehlman, FJCC (Via E-Mail)

19

July 6, 2021

Dear Judge Cott;

I understand that Chaim Deutsch is appearing in your court.

I have known Chaim for over 30 years. I remember when he started the Flatbush Shomrim Safety Patrol, because he felt that it would make his neighbors feel more secure. As a matter of fact, in the early days I used to do night patrols.

More recently, I reached out to him for some personal help. My in-laws, who are both Holocaust survivors and in their 90's, were having a problem with the city DEP regarding a defective water meter. Even though they do not live in his district, he instructed his staff to do everything they could to assist. I don't want to bore you with personal stories but in all the years I have known Chaim, I have only positive experiences and feeling.

Sincerely,

David Loeb

Brooklyn, NY 11210

**Mel Zachter and Jay Kestenbaum, Co-Presidents**
**David Mandel, Chief Executive Officer**

Ohel Jaffa Family Campus
1268 East 14th Street, Brooklyn, NY 11230

www.ohelfamily.org



Children's Home and Family Services

July 9, 2021

The Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

I write on behalf of Chaim Deutsch who will appear before you shortly. Permit me please to respectfully share with you how Chaim has responded and assisted in moments of crisis.

Ohel, the agency where I have the privilege of working, helps thousands of individuals with disabilities, everyday families facing life crises, including adolescents and young men and women who experience life challenges. These challenges may be in the form of alcohol, drugs, friends, theft, gangs.

I can personally attest to spending time with Chaim on the streets in Midwood Brooklyn not only hours at a time, but literally several overnights, walking the streets, speaking with adolescents, young men and women, helping them find their way back. Chaim, a patient listener, showed insight and empathy in guiding - I am comfortable in saying - scores of individuals back to a safe place. It is difficult, compelling work that he always did as a volunteer.

Ohel's housing program for hundreds of individuals with developmental and psychiatric disabilities includes at times AWOL. Ohel could always count on Chaim and a cadre of volunteers he organized to go out and help locate such missing individuals to keep them from harm. He was never too busy to respond to such urgency.

One year ago, a ten-year old boy on Ocean Avenue in Midwood was unfortunately struck and killed by a car. Amongst the work that we do is Trauma and Crisis Intervention. Chaim called me and accompanied me to the home of the parents of this child just hours after this tragic accident and we sat there until midnight providing comfort and grief counseling. They were a religious Latino family and the culture and language in grieving was similar to our Jewish culture. There, once again, Chaim's compassion and demonstration of immediately responding to a family in need shone.

21

Ohel's work is much about second chances. We come into contact with so many who need a second chance to succeed, returning from alcoholism, addictions, high-conflict divorce, violence, separations from families and community.

We respectfully request that your Honor please grant Chaim this second chance knowing that his years of dedication to individuals and community have literally helped people who are hunched over in life, to stand up straight. That is the type of confidence one can only instill in a person by believing in them.

We believe in Chaim Deutsch.

David Mandel
Chief Executive Officer

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

July 6, 2021

Dear Judge Cott,

    I am writing to you on behalf of someone I can call a friend Chaim Deutsch. I have known him for at least 16 years on many different levels. I first was introduced to Chaim as my district's Councilman who has done miraculous things for many different ethnic groups, programs, and individuals who needed help. He personally helped fund Holocaust events like Building Bridges which matched Holocaust survivors with youth so they could socialize with another generation and do a project together. He stood up when Asians were being persecuted and called names at a community district 22 council meeting in 2019. My sister-in-law made him aware of it and he stood up for them because he knew what was the right thing to do. He has held various rallies when something isn't beneficial for his constituents.

    I have also heard stories of people going to him or calling him directly with their individual problems and he bends over backwards to direct them to the right person to help them or if he sees the problem isn't getting fixed, he will step in personally and try and get it fixed for them. For example, when someone was having trouble with the department of education's special education department hearing, he made an appearance to see what was going on. I believe in him so much that I went door to door for him when he was running for New York's 9th Congressional District. I believe in his honesty and integrity.

    I mentioned I know him in many ways, about 4 years ago my son had the privilege of being Chaim Deutsch's grandson's shadow for the summer. It was during that time; I was able to see the absolute love he has for his grandson and his grandchildren. I was able to see a caring and nurturing side to Chaim. He shows this side often when dealing with others because he cares about the welfare of his friends and makes sure they are okay. He doesn't do things simply out of obligation but because he wants to when it is for a friend.

    The last way I have gotten to know Chaim is by spending time at a mutual friend's house on Friday nights where he would come by. While there, he would tell stories of things he has done in the past, things he would be doing if he had the chance, problems he has helped out with, problems in the community he is now working on, and words of inspiration.

I was shocked when I found out that Chaim committed a crime and then was charged with a crime. I wasn't expecting it from him at all. However, it proves my point about his sense of character that he would admit that he made a mistake and did something wrong and agree to pay back the money he owed. I was very concerned about him and his welfare and called afterward to check up on him. When doing so, he just said he was okay and wouldn't talk about the case. He did say he was fortunate to have so many people checking in on him.

Sincerely,

Rachael Mandelbaum

Brooklyn, NY 11210

24

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

July 8, 2021

Re: Chaim Deutsch

Dear Judge Cott,

I met Chaim Deutsch at a private event where he came to speak to me. I wanted to introduce myself to him before he left. Since then, I realized how often I heard of his name before, from people I knew for years. I always heard his name mentioned but finally put his name to the face. All I heard about him was how he went out of his way to help so many people. I heard it from my friends, neighbors and acquaintances that were not even in his district. It is nice to hear nice things about someone, but its even more special when I personally encountered him in action.

There was an issue with how the fire hydrant was placed in front of my neighbor's home. The way they cemented it could have caused an accident on their property or even ours. My neighbor contacted our councilman for three ears without receiving proper help. He took his time showing me all the letters that were sent back and forth for all this time. When I reached out to Chaim Deutsch in the winter, in fear someone would slip and get hurt on our property because of it, he took the situation into his own hands and had people come in to properly fix the issue within two weeks. I was in disbelief of how he made it a priority to help even though he was not our area's councilman. I witnessed him being on the phone for hours during covid to help Jewish families get bodies of their loved ones to have a proper Jewish burial for them during such a hard time. He made it a priority to help all those people he never met, only because he knew it was the right thing to do and that he was able to help the families wanting nothing at all in return. He sees value in every individual and tries to help in any way he can.

My grandfather passed away about a year ago, and he reached out to send me condolences, and offered his support during a hard time. I was so honored that he found time out of his busy schedule to personally reach out. Even now, he stays busy during this time helping people who still reach out to get his help. Nevertheless, he still finds time to congratulate me and my family on our new addition to the family and even sent a small gift for the little one. His thoughtfulness is such a rare find these days. I am so grateful that people like him still exist. His generosity and humbleness are rare, and I wish for that to multiply amongst us.

He is always busy doing something. He is a part of helping veterans and Holocaust survivors with anything they need because he honors them and realizes how special they are in our community, and he does not forget them in all the work that he does.

I see people online always contacting him for help and tagging him in issues all around Brooklyn knowing that he would help or contact someone who he knew would be able to help. Such a special individual who always helped in every way should not be punished so harshly when there

25

is so much good he has done that should also be considered. It should not overshadow the amount of generosity and hard work that he has done for everyone in the last few decades. He has dedicated a big part of his life to helping in any way he can. I can list so much more but I hope there are many more letters like this listing countless selfless acts of kindness that Chaim Deutsch has done. Thank you for reading this letter. I am here if anything else at all is needed for Chaim Deutsch, it is the least I can do for a person so kind. I can be contacted at ███████████ or by email at ██████████████████████ .

Sincerely,

Irina Manasherova

Hon. James L Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

July 15,2021

Re: Chaim Deutsch


    I am writing this letter as of support for Chaim Deutsch who I have known for quite some time.We met during the time our city needed true leadership and Chaim step up to the plate.I am an African American Civil Rights Activist and he is a Ultra Orthodox Jew which normally doesn't mix well.However for the community we have stood together to embrace unity.Chaim is a unique individual that has a heart to help anyone doesn't matter religion,race,color or creed.

    When the parks in the community needs clean up you can count on Chaim to save the day.When our country was in a state of turmoil dealing with police & community relations Chaim provide the leadership & organized some of the leaders that don't agree with each other .He had them talk out there differences then he mediated a plan to have everyone agree on one accord.That is why I call him a true friend &  comrade in the struggle for change.

    When I first heard the news about what he is being charged with I began to pray for him & ask God to cover him & forgive him.We all have sinned in our lives & I don't believe in kicking a man when they are down . I am humbly asking you to take into consideration everything that he has done for the community & every person he has helped no matter what time of night it is.

    It will be a great honor to have him continue to be a great servant of society.We all have done things in our lives that we are not happy with, however we correct them & move on to vow not to never put ourselves in those situations again.

    This is my plea from my heart to yours to have mercy.Thank you in advance for hearing my plea.


Yours Truly,

Reverend Kevin McCall
Civil Rights Activist

27



בס"ד

# TAFKID

977 East 17th Street • Brooklyn, NY 11230
Tel: (718) 252-2236 • Fax: 1877 395-9905 • E-mail: tafkid@aol.com • www.tafkid.org

July 19, 2021

Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Cott,

I am the parent of two multiply handicapped adult children and the founder and director of TAFKID, a community organization founded in 1994 that provides support, information and advocacy to thousands of families who have children with a wide range of disabilities in New York City. As an advocate for children and adults with disabilities, I have had the opportunity to work closely with many state and local elected officials. In the more than 25 years since I have been serving the community, Chaim Deutch has been by far the most dedicated elected official I have come across. In his capacity as a New York City Councilman, Chaim has proven time and time again to be a staunch advocate for persons with disabilities in New York City. Over the years, Chaim has spent hours meeting with me to understand the issues and how he could be of assistance to children and adults with disabilities. He also has referred constituents to me for help. Two years ago, Chaim called and personally introduced me to the family of a five-year-old with autism who was not in school due to a glitch in the system. Chaim and I worked together to get the student into a highly specialized state approved school for children with autism. That was just one example of how our successful collaboration helped improve the lives of others in a meaningful way.

*TAFKID is a not-for-profit organization dedicated to assisting families of children with disabilities*

Support • Information • Advocacy • Referrals • Parent Matching • Family Recreation Programs • Support Groups • Siblings Program
Literature Publications • Audio/Video & Resource Library • Pediatric Equipment • Sensitivity Training • Community Awareness

28

In November 2019, Chaim accompanied me to 131 Livingston Street, the building where the New York City Department of Education holds Impartial Hearings. He was there firsthand to learn and speak with hearing officers, district representatives, administrators, advocates, lawyers and parents. Chaim took the time out of his busy schedule to really understand the special education system firsthand. He followed up his visit by meeting with the NYC Schools Chancellor as well as the NYC Comptroller. Since he abruptly was forced to leave office, there has been a tremendous void as no other elected officials have come close to filling his shoes.

The purpose of this letter is that I am asking Your Honor for leniency for Chaim Deutch. He is an individual who has dedicated himself to serving the public for many years in good faith. He is not someone who seeks praise and publicity but has put his heart and soul into helping others.

If you have any questions, I can be reached at

Sincerely yours,

Juby Shapiro

Hon. James L.Cott

United States Courthouse

500 Pearl Street

New York, New York 10007

7/9/2021

Dear Honorable Judge Cott,

I have known Chaim since 2015 when I moved to the Homecrest area. We met at the Homecrest Playground when Chaim was hosting an event at the playground for the residents of the community about their safety concerns.

He was working on solutions to improve the safety of the community and his approach was to listen to the people's concerns first. Chaim expressed that the safety of the children at Homecrest Playground was a priority. Chaim worked with the local precinct to ensure that delinquents and the homeless were not squatting in the park during the day as well as the night.

In 2018 Chaim helped secure NYPD presence to end the drug activity on the corner of East 12th and Avenue Z once and for all.

Over the last 4 years, Chaim addressed a multitude of concerns, such as reducing the homeless presence in Sheepshead Bay, Gravesend, and Midwood.

When the COVID 19 pandemic hit NYC there was a mask supply shortage, masks and other PPE were impossible to get. The doctors and nurses of Coney Island Hospital were struggling, using the same mask 5 days a week. They were afraid to speak up in fear of losing their jobs.

I reached out to Chaim and we both arranged for 3 rounds of donations which included 200 face masks, 200 TYVEK suits, and 100 three-course meals to be delivered to our front liners.

When the sanitation trucks passed and created more litter than ever before in the streets, Chaim was on the phone with sanitation the next day arranging for a crew to clean up the streets.

When I complained about the traffic noise and pollution at a very busy intersection because the traffic lights were not synchronized, Chaim was on the phone with DOT asking for a survey and resolution.

He even stepped in when residents from other districts reached out to him in regards to safety concerns that were outside of his district. Chaim was responsible for working with sanitation and DOT to clean up multiple dumping grounds spanning from Coney Island to Brighton Beach. This was a testament to Chaim's commitment to his work and not just the people of the community in his district.

30

The concerns I brought to Chaim's office were plenty, and every single one was acknowledged instantly by his staff. This was a direct reflection of Chaims strong work ethic.

I was lucky to regularly stay in touch with Chaim on an almost weekly basis. He made himself available to me and others and always listened to my concerns about the neighborhood.

In a recent conversation, Chaim has expressed remorse to me for his tax offense and said he feels horrible and takes full responsibility.

Chaim is a rare and genuine person who goes above and beyond his duties as a Councilman. Chaim was instrumental in the improvement of the community over the last 5 years and will be greatly missed by the people and the community.

Marina Sheykman

Date:   7/9/2021

Hon. James L.Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Cott,

My husband and I are residents of the Gravesend Sheepshead Bay communities for almost 20 years now.
We have known Chaim Deutsch for about 4 years. Our daughter formed a good relationship with Chaim over the years and told us that he inspired her to want to do better for the community.

In 2018, there was a serious littering and trash problem in the streets of Sheepshead Bay. We brought this to Chaim's attention. He told us he already asked for extra trash pickups on Sheepshead Bay Road, and added additional waste bins to sidewalks and even organized community cleanups.

The councilman also added funding to improve local parks. Homecrest playground was in desperate need of upgrades because that playground didn't have new equipment since the early '90s.

In May of 2020, Chaim called on Mayor Bill de Blasio to allow mom-and-pop shops that haven't received government loans during the pandemic to reopen so they don't have to close forever. This is a testament to his dedication to the people of the community.

On August 4th 2020, tropical storm Isaias caused hurricane gusts in NYC, that storm brought trees down on our sidewalks and streets which trapped some of the elderly residents in their homes creating a hazardous condition.

We reached out to Chaim Deutsch and he said he would do anything necessary to remove those trees, he even volunteered to come and physically remove them himself.
Due to his good relationship with the local precinct, he was able to send police officers to move the trees out of the way.

During the COVID19 pandemic, there was a scarcity of masks. My friends and family were struggling to secure masks, Chaim was able to secure masks and personally delivered some to our homes.

When the COVID 19 vaccines became available in New York, it was difficult for the elderly to make an appointment for their vaccinations, especially for those with preconditions and illnesses. Chaim built relationships with medical offices to help with appointment scheduling.

It felt like Chaim was always there to save the day, the neighborhood and we all benefited from his work and we are forever grateful for him.
Him leaving the community and office will create a void and his presence and contributions will be very much missed.

My phone is number

Respectfully,
Alla Sorina                    Sigby —      7-9-2021

32

July 19, 2021

Hon. James L.Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

My name is Raphael Treitel and I have known Chaim Deutsch for over 20 years.
As a community leader and NYPD clergy liaison I have worked with Chaim on numerous
occasions first in his role as founder of the Shomrim safety patrol and later on in his role
as a member of New York City Council.

I have personally seen him time and time again go above and beyond to help victims of
crimes and those in need of help. While I have worked with many politicians thru out my
career, Chaim stands out as one who was always available and did his utmost for anyone
in need. Chaim was well known for helping not only his own constituents but anyone
who would call his office.

Chaim was respected by members of many different communities, often serving as a
bridge between community members of different faiths and ethnicities.

While I understand the need for consequences for breaking the laws of our great nation, I
also understand that the purpose of these punishments is to deter and rehabilitate and not
to punitively punish.

I along with others were shocked by Chaim's actions at is it was so out of character for
those who know him.

When sentencing Chaim I  respectfully ask that you weigh his lifetime of service to the
community for which he has devoted most of his life to serving and helping against his
one out of character action.

Respectfully,

Raphael Treitel

The email copied below was authored by an individual with ALS who writes with the assistance of technology.

On Saturday, May 22, 2021, 6:52 PM, Mike Vinitsky <mikevinitsky@gmail.com> wrote:

I'm retired NYPD police officer Mikhail Vinitsky. I was hurt on the job in 2007 during an encounter with a perpetrator that I was guarding at Kings County Hospital when he broke off part of a bed rail and started beating me in the head with it and basically stabbed in the head with it like a dagger. I had to shoot him four times. As a result of my injuries I retired with a disability pension and later was diagnosed with ALS aka Lou Gehrigs disease. While in the hospital officers were made aware of the condition I was in and the fact that the only living relative I have is my then 80 year old mother. Now she is 82. ALS is the worst disease of all. Of all the people that commit to euthanasia, 26% have ALS, while the disease is rare afflicting only 1 out of a 1000 people. With ALS you are completely paralyzed, locked inside your body, not being able to speak, move or breathe without a ventilator. I use an eye gaze computer to communicate with others, as well as use the internet. Over a thousand people visited me in the hospital, including politicians. They promised me to help, but almost everyone just came and left. I never heard from them again, except Chaim Deutsch. He came and promised me that I would never be alone. He came often to my bedside. He texted me on Facebook every week to find out my condition and if I needed anything. When the hospital tried to evict me and I had nowhere to go, he stepped in. He saved the day and they allowed me to stay. He wasn't just there for votes like every other politician that came to be in front of video cameras, because my story was covered by seven news outlets, he continued visiting me when no reporters were there. He really did want to help me.
Sincerely retired NYPD officer Mikhail Vinitsky

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Cott,

I have originally known Chaim Deutsch (as a young adult)for many years as a friend of my parents and the head of Shomrim. I am now the mother of a 16 year-old son with special needs.  Over the course of the pandemic, like all the schools across the country, my son's school was shut down. The closing of the schools was difficult for all of my children. However, as a mother of special needs, it was truly terrible.  He has a significant behavioral issues and without a structure and schedule he was becoming increasingly aggressive and angry.  I reached out to Chaim Deutsch many times asking him what can be done and he was so caring and supportive, I really have no words.  He would check in on us and send me information about different meetings that were being set up to help the schools reopen.  He even hosted a radio show on which my friend spoke about the challenges of the Covid pandamic with her special needs child.  He really made us feel so validated, cared for and like we had a voice to talk about our struggles. I am so grateful for Chaim Deutsch and all that he has done for me and my family.

Thank you,
Ariella Weiss

# *Morris J. Zakheim, CPA*

*Thirty-Nine Broadway, Suite 3010, New York, NY 10006*
*Tel: (212) 809-9889 • Mobile: (917) 921-7805 • Fax: (212) 809 - 4097*
*Email: zakheimandco@aol.com*

July 7, 2021

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cott,

Thank you for taking the time to read these letters which we are providing to give the Judge the ability to learn a little bit about Chaim Deutsch.

My family, which encompasses the Rabbi & his wife – my parents, have known Chaim Deutsch for over 20 years and we have been the beneficiaries of his friendship and assistance. As the founder and leader of Shomrim, a volunteer organization in Flatbush, Brooklyn, NY, he provided security for our homes, neighborhood, and especially for our places of worship; of which my father was the Rabbi at Bedford Avenue and Avenue J for over 35 years.

There is an interesting story with Chaim Deutsch and my elderly mother who is now nearly 104 years of age. About one to two years ago, there developed an electrical fire in her back yard and she had to be removed and placed in a safer surrounding. Chaim Deutsch came in person, took her into his car, and cared for her during the hours of difficulties and concern.

Another instance of his involvement with the community occurred a number of years ago when our neighborhood was hit with a number of accidental home fires, whereby a number of families lost members, especially children, and Chaim Deutsch led the call for all homes to have fire alarms installed. He set up meetings for homeowners to attend with fire marshals, police staff, and provided, through his request from store owners, contributions of fire alarms as safety and protective measures for the community.

As I am involved with two social services agencies in Brooklyn, NY, serving in the capacity of President of the Council of Jewish Organizations of Flatbush, and the co-chairman of OHEL Children's Home and Family Services, I am aware that Chaim Deutsch is the "go-to" individual for any kind of assistance to ensure that approved programs and/or services are expedited for the community when necessary.

(cont'd)

1

# Morris J. Zakheim, CPA

*Thirty-Nine Broadway, Suite 3010, New York, NY 10006*
*Tel: (212) 809-9889 • Mobile: (917) 921-7805 • Fax: (212) 809 - 4097*
*Email: zakheimandco@aol.com*

(cont'd)

From his member item funding as a Councilman, he provided funding for food distributions for those in need, holiday entertainment for those less-fortunate children who were not able to afford some holiday entertainment and the ability to get away.

On many occasions where I, in my capacity as the Executive in these organizations or on behalf of the community, needed assistance to provide *the ear* for the community, the assistance was to turn to Chaim Deutsch and within hours, or the latest, the next day, a positive response was usually delivered.

I found that his availability for the community and the immediate response for assistance for his fellow neighbors and constituency, is something that he will always be remembered for, and very much appreciated.

Any consideration which the Judge could see to provide to Chaim Deutsch will be very much appreciated by us all.

Respectfully submitted,

Moshe Zakheim

Susanne Faye Zakheim, PhD, LCSW
Associate Professor, Silver School of Social Work
Fellow, Center of Violence and Recovery
New York University

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, New York 10007

July 5, 2021

Dear Judge Cott,

My name is Suzanne Faye Zakheim and I am a licensed, clinical social worker, heavily involved in the issues facing the Jewish Brooklyn community. I have personally known Chaim Deutsch for about 25 years, as we share a passion for dealing with serious social problems that plague our insular community. As far back as the 1990's, our community was dealing with very serious drug abuse, although most of the community did not accept the reality of the pervasiveness of the problem. Our teenagers were sleeping in parks and empty cars, putting their lives at risk just to get high. Chaim was way ahead of his time. Chaim understood that in order for the police to be able to help our young teens at risk, they would need community collaboration and, with that thought in mind, started SHOMRIM. SHOMRIM is a group of volunteers who accompany the police to a call. This support provides these kids with the security of knowing that their own community adults are there when law officers respond to a call. SHOMRIM has been a great success and saved the lives of countless teens. Until this day, mental health workers, including myself, often accompany SHOMRIM when they join police officers on calls.

The best part of working with Chaim is that he doesn't just come up with great ideas on how to help people of all types, he is with you, in the trenches, actually implementing these ideas. Over the years, I have personally witnessed the extent of his compassion and care for others. When a child was killed by a car while waiting at a school bus stop, Chaim was the one who stayed with the family until 911 arrived.

One hot, June night Chaim called me and said, "Dr. Faye, I am worried. Summer is here and our kids are all going upstate to work summer jobs. Who is going to watch out for them up in the Catskills?" When Chaim worries it means that he isn't sleeping until he figures out what to do to protect our teens. Young people, whom Chaim knew were going to get high on Saturday nights, were up in the Catskills, without anyone there to find alternative ways to keep them constructively occupied. The very next day I got a call from the Catskill Police Department in Sullivan County asking me if I would be available to come upstate to train the local police department in cultural sensitivity of the orthodox Jewish community. The police wanted us to work with them. Chaim, himself, made the long trip up there with me and another SHOMRIM member to open communication with the Catskill police. It wasn't enough to make the connections, Chaim was right there to create a community of caring professionals that continues until today.

But it's not only teens' lives that have been changed by Chaim. In our community, we have many elderly Holocaust survivors who have been forgotten and would be sitting at home isolated and alone if not for Chaim's intervention. Thanks to Chaim, our holocaust survivors now have weekly programs where they have the opportunity to socialize with other survivors, tell their stories, engage in hobbies, and feel that they are important and valued members of society.

Of all the amazing things Chaim has done, the most important is his attentiveness to Teens at Risk. Every Friday night, in my home, I host young adults that come from challenging backgrounds. Every single Friday night, when Chaim is not officially working, not on duty, he takes of his own personal time and comes over and talks to these young adults. I have been privileged and awed to witness the depth of his caring as Chaim talks to them about life and their dreams. He encourages them by telling them about people he knows who have succeeded in overcoming adversity. Many of these struggling youth are now incredibly well-balanced and successful members of society. These young adults love Chaim;

they look forward to his visits every Friday night. Even during COVID, Chaim connected with us via ZOOM so that these At-Risk Teens wouldn't feel abandoned and isolated.

Chaim has saved countless lives through these interactions. He stays late talking to these kids with no political, financial, or personal benefit. Chaim does this only because he is a very caring person with so much to offer our young adults. He is devoted and committed to saving lives and helping others for only reason. Chaim Deutsch is a good person, with a good heart, who wants to help people that live under unfortunate circumstances. Chaim wants to help them survive, succeed, and live productive lives.

When I read in the news that Chaim was not able to continue his work, I called Chaim immediately. Chaim responded by saying, "I want to come on Friday night and talk to the kids; I want to apologize for disappointing them." That Friday night he came over and with tears in his eyes, he apologized and explained that sometimes people do things they are not proud of. "I am not proud of what I have done. I am so sorry for disappointing all of you." Chaim's remorse was evident to everyone in that room.  It was incredibly sad and many of the kids started crying; they love him so much. The teenagers have learned so many good things from Chaim and they need Chaim so that they may continue to grow with his support, attention and direction.

Please, Your Honor, see Chaim's misconduct as the one-time aberration that it was; a mistake he deeply regrets. I have personally witnessed Chaim give of himself for so many years, please allow him to continue to dedicate himself to these vulnerable teenagers so they can have every opportunity to succeed in life.

With sincerest appreciation for your kind consideration,

Susanne Faye Zakheim, PhD, LCSW

40



בס"ד

OFFICE OF THE
EXECUTIVE VICE PRESIDENT

**Agudath
Israel
of America**
אגודת ישראל באמריקה

July 19, 2021

Hon. James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cott:

I respectfully submit this letter to urge Your Honor to display leniency and compassion in connection with the forthcoming sentencing of Chaim Deutsch.

By way of introduction, I serve as executive vice president of Agudath Israel of America, a national Orthodox Jewish organization. I have come to know Mr. Deutsch through the work I have done with him over the course of his lengthy career in public service, from the time he served as chief of operations to New York City Councilman Michael Nelson through his years as a member of the Council.

It is not my purpose in this letter to pass judgment regarding any crimes Mr. Deutsch may have committed. Nonetheless, everything I know about this gentleman persuades me that while he may have been found guilty of a crime, he is far from being a criminal. To the contrary, he is a kind-hearted individual, generous to others, modest in his personal lifestyle and friendly to all.

Throughout his years in public life, Mr. Deutsch was a champion of numerous humanitarian causes, always seeking to help needy members of the community, people of all races, ethnic groups and denominations, in extremely difficult circumstances. He is a man with a big heart, and a long track record of caring for some of the most vulnerable and downtrodden members of society.

I would contact Mr. Deutsch frequently when a matter crossed my desk that required high level intervention with some city agency. His uncanny ability to work effectively within the city's bureaucracies to accomplish what needed to be accomplished is testament not only to his skill but even more so to the passion that drove him to do whatever he could to help others in need.

As Your Honor considers the nature and severity of the punishment Mr. Deutsch should receive, I would respectfully urge that you focus on the entirety of his career – not just his conviction, but on the much broader picture of a faithful public servant whose distinguished service in city government and deep human concern for needy members of the community have been exemplary.

Many thanks for your kind consideration.

Sincerely,

Rabbi David Zwiebel

DZ/aa

THE RABBI MOSHE SHERER NATIONAL HEADQUARTERS
42 Broadway • New York, NY 10004 • 212-797-9000 • Fax: 646-254-1600       41

Honorable James L. Cott
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cott,

I thank you for the opportunity to discuss Chaim Deutsch, and the positive impact he has had on my life, and the lives of so many.

When I met Chaim in 2013, I was a nineteen-year-old girl trying to break into the professional world. He took a chance in hiring me for a job in a field in which I had no experience. Under his guidance and mentorship, I grew into the role, turning a job into a career. I learned about government and politics from Chaim, but more importantly, I learned about what really makes him tick – helping people.

Over the years, I have watched him sacrifice to help other people in a humble, discreet way. I remember one incident that occurred in 2015, when we had a constituent come into the office who needed urgent help to apply for food stamps. It was a Friday afternoon in the summer, and the office staff was eager to leave. We filled out the application and sent her on her way. About a half hour later, Chaim came into the office to review the week's cases. When he heard about the young single mother who needed food stamps, he asked us what we had done to ensure she would have food until the application went through. We admitted we hadn't thought of that. I remember how, right then, he took out his cell phone and called a local grocery store. He set up a tab at the store with his personal credit card, and then called the constituent to let her know she should head over to the supermarket to do her shopping.

Stories like that happened every day, working for Chaim Deutsch. He has a way of thinking outside the box, of putting himself into other people's shoes and identifying what their needs are, sometimes before they realize for themselves.

I am reminded of another series of incidents that display the true nature of Chaim's character. There is an elderly woman in our community who is known to be a bit of a difficult person. Sadly, she doesn't have any family, so she spends much of her free time attending civic meetings, occasionally doing a bit of rabble-rousing. On multiple occasions, she has publicly lambasted Chaim for perceived wrongs, such as when the Sanitation Department did a poor job plowing after a storm. Despite her rather rude treatment of him, Chaim has made a point to call her frequently to check on her. Before every holiday, he arranges for a food delivery to her front door. He remembers her birthday every year, sending flowers or a gift card – again, out of his own pocket. In September of 2020, I had the opportunity to drop off her birthday gift on Chaim's behalf. When I handed her an envelope, she burst into tears. She told me that she had spent much of COVID in isolation in her apartment, with no internet access and no visitors. Some of the only bright spots of her awful experience were when she had gotten a call from Chaim wishing her a good holiday back in April 2020, and that day in September when I dropped off his birthday

gift. What I found most striking about this years-long kindness that Chaim had extended to her was this – she never treated him any different. She never laid off on him at civic meetings, and when he called her to say hello, she didn't give him an easy time either. He never stopped making an extra effort for her, even though she really seemed to not appreciate it. He simply did it because he felt like she needed it.

On a personal level, he has always been like a second father to me, and his family, like a second family to me. He and his wife are incredibly special people, whose door is always open to people in need. Over the years, I have turned to them for help during many challenging times, and I've been privileged to celebrate happy times with them as well.

In 2018, I was blessed to become engaged to my now husband. On my very first date with him, he picked me up from the Deutsch's house, where he met Chaim and his wife – before he even met my actual parents. Throughout the dating and engagement process, Chaim and his wife were there to help guide me, and to offer advice and support. At our wedding, we showed our gratitude by honoring Chaim with a blessing under the chuppah – the marriage canopy – a prestige generally reserved for close family or great rabbis.

During 2019 and 2020, as we struggled with infertility treatments, Chaim was incredibly understanding. During COVID, when I was working remotely and undergoing treatment, Chaim would make a point not to call or email me on days when I had doctor's appointments. He and his wife often had us for Sabbath meals, or would send over food when I had a hard day. When we learned that our treatments had been successful and we were expecting a baby, the Deutsch's were among the first people we told.

It has been incredibly difficult to watch Chaim and his family go through so much pain in the last several months. Chaim has always lived his life as a role model to others, and I know how heartbroken he is to know that he let so many people down. Watching his wife and children suffer publicly and privately because of his actions has surely been the most difficult thing for him. As an unexpected consequence of his actions, he lost his job and health insurance coverage. At a time when most people would hide under the covers and avoid everyone, he dove back into the workforce immediately, to ensure that his family would be provided for.

For me, the last two months have been full of turmoil. As I write this letter to you, I am one week away from my due date, a time that should have been happy. Instead, I am days away from unemployment, I have been denied maternity leave by the City Council, and my newborn baby will not have health insurance. As in other tough times, I have been able to lean on Chaim and his family for support. And support they have. As he publicly and painfully faced the consequences for his actions, I watched Chaim spend hours on the phone with various potential employers, working to ensure that his staff members would still be able to support their families. I cannot find the words to describe how grateful I am that, while he was experiencing so much strife in his life, Chaim still took the time to do what he does best – helping the people around him.

I grew up with a father who was both a lawyer and a rabbi, and that certainly made for a unique childhood. One of the best lessons I learned from my father was in how he disciplined us kids when we did something wrong. I distinctly recall a particular bout of trouble I found myself in as a teenager, the sort of trouble that led my mother to declare me grounded for life. My father, ever the advocate, stepped in to mediate. He listed for my mother all of the consequences I had already experienced as a result of my negligent behavior, he noted my regret, and he explained that those consequences would have a far greater impact on me than any punishment my parents could impose. I think about that experience often now, as I see the consequences that Chaim and his family have already been faced with as a result of his actions. I hope that Your Honor will see fit to consider these consequences when weighing the judgement against him.

I thank Your Honor for the chance to speak about my personal experiences with Chaim Deutsch. For eight years, he has been a major force of good in my life. I know with certainty that I would be in a far different (and far more negative place) in my life without Chaim's support and kindness.

Respectfully,

Tova Chatzinoff – Rosenfeld
████████████████
████████████

44