```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

CHAIM DEUTSCH,

                Defendant.
-------------------------------------------------------------X

**ORDER**

21-CR-264 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **July 29, 2021 at 10:00 a.m.**  The proceeding will take place **in Courtroom 21-C** (assigned to the Honorable Louis L. Stanton), with **an overflow courtroom of Courtroom 9-C.**  The proceeding may also be accessed telephonically on a listen-only basis by calling in to (877) 873-8017 (access code: 5277586).

    **SO ORDERED.**

Dated:  New York, New York
           July 27, 2021

                                              JAMES L. COTT
                                              United States Magistrate Judge