```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CHAIM DEUTSCH

**Consent
Order of Restitution**

Docket No. 21 Cr. 264 (JLC)

---

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Eli J. Mark, Assistant United States Attorney, of counsel; the presentence investigation report, dated July 12, 2021; defendant Chaim Deutsch's conviction on Count One of the above Information; the plea agreement, dated March 15, 2021, and all other proceedings in this case, it is hereby ORDERED that:

**1.   Amount of Restitution**

Chaim Deutsch (the "Defendant") shall pay restitution in the total amount of $107,007.05, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664 to the Internal Revenue Service.

**2.   Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), and 18 U.S.C. § 3572(d)(1) and (2), and in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, in the interests of justice, the Defendant shall pay restitution in the manner and according to the schedule that follows:

[A] The Defendant shall pay $25,000, by bank check, to the "Department of Treasury" at the time of sentencing.

2020.01.09

[B] The Defendant shall pay an additional $5,000 within one (1) month of entry of this judgment.

[C] The Defendant shall pay the remainder of the restitution obligation within eleven (11) months of entry of this judgment.

If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

### 3. Payment Instructions

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Unless as otherwise specified herein, checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

The Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the Defendant:

> IRS - RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108

### 4. Additional Provisions

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

2

Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Eli J. Mark
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2431

7/27/2021
DATE

CHAIM DEUTSCH

By: _____
Chaim Deutsch

7/28/21
DATE

3

By: _____      7-28-21
Henry Mazurek, Esq.                          DATE
Evan Lipton, Esq.
Attorneys for the Chaim Deutsch


SO ORDERED:

_____      7/29/21
HONORABLE JAMES L. COTT       DATE
UNITED STATES MAGISTRATE JUDGE