```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -v-

CHAIM DEUTSCH,

               Defendant.
-----------------------------------------------------------------X

**ORDER**

21-CR-264 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the fact that defendant has advised the Court by letter dated October 12, 2021 that he is now prepared to report on the date ordered by the Court, the application to adjourn the status conference scheduled for October 14, 2021 is hereby granted. The Clerk is directed to close Docket No. 23 and mark it as "granted."

    **SO ORDERED.**

Dated: New York, New York
       October 12, 2021

_____
JAMES L. COTT
United States Magistrate Judge