USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

CHAIM DEUTSCH,

                Defendant.

-----------------------------------------------------------X

**ORDER**

21-CR-264 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Without objection from the Government, the Court hereby grants defendant's requests for (1) an extension of time to report to the BOP facility at FCI Otisville until 2 p.m. on November 19, 2021; and (2) an amendment of Paragraph 54 in the "Physical Condition" section of his Revised PSR to include a notation about his history of tobacco smoking.

    The Clerk is directed to close Docket No. 27 and mark it as "granted."

    **SO ORDERED.**

Dated: New York, New York
       October 26, 2021

_____
JAMES L. COTT
United States Magistrate Judge

1