USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/20/2022__



*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

April 19, 2022

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Chaim Deutsch,* No. 21 Cr. 264

Dear Judge Cott:

    We write on behalf of defendant Chaim Deutsch to respectfully request the release of his United States passport from the custody of Pretrial Services. Mr. Deutsch is currently completing service of his supervised release. We have conferred with the Government, by A.U.S.A. Eli Mark, and Mr. Deutsch's Probation Officer, who both do not object to this request. Mr. Deutsch has been informed that if he seeks to travel internationally prior to the termination of his release period that he needs to give notice and obtain approval of his supervising Probation Officer.

                      Respectfully submitted,

                      MEISTER SEELIG & FEIN LLP

                      _____/s/ HEM_____

                      Henry E. Mazurek
                      *Counsel for Chaim Deutsch*

cc:    Government Counsel (by ECF)

The request is granted.    April 20, 2022
SO ORDERED.

_/s/ James L. Cott_
JAMES L. COTT
United States Magistrate Judge

125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com